AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P.,
and SYNAPTECH, INC.,

        Plaintiffs,

V.

ALPHAPHARM PTY LTD.,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-420-KAJ

TO: (Name and address of Defendant)

    Alphapharm Pty Ltd.
    c/o Alan Bernstein, Esquire
    Caesar, Rivise, Bernstein, Cohen and Pokotilow
    1635 Market Street, 11th Floor
    Philadelphia, PA  19103-2212

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Steven J. Balick
    John G. Day
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          July 8, 2005

CLERK          DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 8, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John G. Day | Attorney for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by Federal Express on counsel for defendant per agreement among counsel.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    July 8, 2005
                    Date

*Signature of Server*
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.