IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALPHAPHARM PTY., LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 05-420 (KAJ) ) ) ) ) ) ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the undersigned parties, that Defendant Alphapharm Pty, Ltd.'s time to move, answer, or otherwise respond to Complaint is hereby extended through and including August 11, 2005.

/s/ Steven J. Balick
Steven J. Balick (#2114)
sbalick@ashby-geddes.com
John G. Day (#2403)
jday@ashby-geddes.com
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899
302-654-1888
Attorneys for Plaintiffs Janssen
Pharmaceutica N.V., et al

Dated: July 27, 2005

*Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
Attorneys for Defendant
Alphapharm Pty., Ltd.

Dated: July 27, 2005

SO ORDERED this _____ day of _____, 2005.

_____
Honorable Kent A. Jordan

RLF1-2904452-1