IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHAPHARM PTY., LTD.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-420 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Alphapharm Pty., Ltd. states that the shares of Alphapharm Pty., Ltd. are 100% owned by Merck KGaA, a public corporation.

*/s/ Anne Shea Gaza (#4395)*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
  Attorneys for Defendant Alphapharm Pty., Ltd.

OF COUNSEL:
Alan H. Bernstein
Robert S. Silver
Mona Gupta
William J. Castillo
Caesar, Rivise, Berstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103
Telephone (215)567-2010
Facsimile: (215)751-1142

Dated: August 11, 2005

RLF1-2909562-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

> **BY HAND**
> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on August 11, 2005, the foregoing document was sent to the following non-registered participants in the manner indicated::

> **BY FEDERAL EXPRESS**
> George F. Pappas, Esquire
> Covington & Burling
> 1201 Pennsylvania Avenue, N.W.
> Washington, DC 20004

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com