IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-356-KAJ |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-371-KAJ |
| MYLAN PHARMACEUTICALS, INC. and MYLAN LABORATORIES, INC., | ) ) ) | |
| Defendants. | ) ) | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-380-KAJ |
| DR. REDDY'S LABORATORIES, INC., and DR. REDDY'S LABORATORIES, LTD., | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br>                  Plaintiffs, <br><br>    v. <br><br>BARR LABORATORIES, INC. and BARR PHARMACEUTICALS INC., <br><br>                  Defendants. | Civil Action No. 05-381-KAJ |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br>                  Plaintiffs, <br><br>    v. <br><br>PUREPAC PHARMACEUTICAL CO. and ALPHARMA, INC., <br><br>                  Defendants. | Civil Action No. 05-382-KAJ |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br>                  Plaintiffs, <br><br>    v. <br><br>ALPHAPHARM PTY., LTD., <br><br>                  Defendant. | Civil Action No. 05-420-KAJ |

JANSSEN PHARMACEUTICA N.V., )
JANSSEN, L.P., and SYNAPTECH, )
INC., )
                                   Plaintiffs, )
                                              )
       v. )   Civil Action No. 05-451-KAJ
                                              )
PAR PHARMACEUTICAL, INC. and )
PAR PHARMACEUTICAL COMPANIES, )
INC., )
                                 Defendants. )

## ORDER

At Wilmington this **8th** day of **September, 2005**,

IT IS ORDERED that the Rule 16 scheduling conference presently set for **October 5, 2005 at 3:00 p.m.** is hereby rescheduled to **October 12, 2005 at 9:00 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                        */s/*
                                                 UNITED STATES DISTRICT JUDGE