IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALPHAPHARM PTY., LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) )    C.A. No. 05-420 (KAJ) |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on October 11, 2005, copies of Defendant Alphapharm Pty., Ltd.'s Objections and Responses to Plaintiff's First Request for Admission, Objections and Responses to Plaintiff's First Set of Requests for Documents and Things, Objections and Responses to Plaintiff's First Set of Interrogatories and Rule 26 Initial Disclosures were served on counsel as follows:

**See Attached Service List**

RLF1-2933273-1

_Frederick L. Cottrell, III (#2555)_

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware  19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Defendant,
Alphapharm Pty Ltd

OF COUNSEL:

Alan H. Bernstein
Robert S. Silver
Mona Gupta
William J. Castillo
Caesar, Rivise, Bernstein,
Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA  19103
Telephone: (215) 567-2010
Facsimile: (215) 741-1142

Dated:  October 12, 2005

**SERVICE LIST**

| By E-mail and First Class Mail | |
|---|---|
| **Counsel for Plaintiffs Janssen Pharmceutica N.V., Janssen, L.P. and Synaptech, Inc.** | |
| George F. Pappas (gpappas@cov.com) Roderick R. MeKelvie (mckelvie@cov.com) Christopher N. Sipes (csipes@cov.com) Jeffrey B. Elikan (jelikan@cov.com) Laura H. McNeill (lmcneill@cov.cozn) **Covington & Burling** 1201 Pennsylvania Avenue, N.W. Washington, D.C. 20004-2401 Phone: (202) 662-6000 Fax: (202) 662-6291 | John G. Day (jday@ashby-geddes.com) Steven J. Balick (sbalick@ashby-geddes.com) **Ashby & Geddes** 222 Delaware Ave., 17 Fl. P.O. Box 1150 Wilmington, DE 19899 Phone: (302) 654-1888 Fax: (302) 654-2067 |

| By E-mail | |
|---|---|
| **Counsel for Defendants Barr Laboratories, Inc and Barr Pharmaceuticals, Inc.** | |
| George C. Lombardi *(glombardi@winston.com)* Taras A. Gracey *(tgracey@winston.com)* Lynn M. Ulrich *(lulrich@winston.com)* Brian L. Franklin *(bfranklin@winston.com)* **Winston & Strawn LLP** 35 West Wacker Dr. Chicago, IL 60601 Phone: (312) 558-5000 Fax: (312) 558-5700 | John C. Phillips. Jr. *(jcp@pgslaw.com)* Brian E. Farnan *(bef@pgslaw.com)* **Phillips, Goldman & Spence, P.A.** 1200 N. Broom St. Wilmington, DE 19806 Phone: (302) 655-4200 Fax: (302) 655-4210 |
| **Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd** | |
| Stuart D. Sender *(ssender@budd-larner.com)* **Budd Lamer, P.C.** 150 John F. Kennedy Parkway Short Hills, New Jersey 07078-2703 Phone: (973) 315-4462 Fax: (973) 379-7734 | Richard Horwitz *(rhorwitz@potteranderson.com)* **Potter Anderson & Corroon LLP** 1313 N. Market Street, Hercules Plaza, 6th Floor P.O. Box 951 Wilmington, DE 19899-0951 Phone: (302) 984-6000 Fax: (302) 658-1192 |

| **Counsel for Defendants Mylan Pharmaceuticals Inc.** ||
| **and Mylan Laboratories Inc.** ||
| William A. Rakoczy (wrakoczy@rmmslegal.com) | Mary B. Matterer (mmatterer@morrisjames.com) |
| Christine J. Siwik (csiwik@rmmslegal.com) | **Morris James Hitchens & Williams LLP** |
| Amy D. Brody (abrody@rmmslegal.com) | 222 Delaware Ave., 10th Floor |
| **Rakoczy Molino Mazzochi Siwik LLP** | P.O. Box 2306 |
| 6 W. Hubbard St., Suite 500 | Wilmington, DE 19899-2306 |
| Chicago, IL 60610 | Phone: (302) 888-6800 |
| Phone: (312) 527-2157 | Fax: (302) 571-1750 |
| Fax: (312) 222-6345 | |
| **Counsel for Defendants Pharmaceuticals, Inc.** ||
| **and Par Pharmaceutical Companies, Inc.** ||
| Barbara S. Wahl (wahl.barbara@arentfox.com) | Philip A. Rovner (provner@potteranderson.com) |
| Richard J. Beeman (beeman.richard@arentfox.com) | **Potter Anderson & Corroon** LLP |
| D. Jacques Smith (smith.jacques@arentfox.com) | 1313 N. Market Street, Hercules Plaza, 6th Floor |
| Janine A. Carlan (carlanjanine@arentfox.com) | P.O. Box 951 |
| John K. Hsu (hsu.john@arentfox.com) | Wilmington, DE 19899-0951 |
| **Arent Fox PLLC** | Phone: (302) 984-6000 |
| 1050 Connecticut Ave., N.W. | Fax: (302) 658-1192 |
| Washington, D.C. 20036-5339 | |
| Phone: (202) 857-6000 | |
| Fax: (202) 857-6359 | |
| **Counsel Defendants Purepac Pharmaceutical Co.** ||
| **and Alpharma Inc.** ||
| Robert J. Gunther, Jr. (robert.gunther@lw.com) | Richard D. Kirk (rkirk@bayardfirm.com) |
| James P. Barabas (james.barabas@lw.com) | **The Bayard Firm** |
| **Latham & Watkins LLP** | 222 Delaware Ave. - Suite 900 |
| 885 Third Ave., Suite 1000 | P.O. Box 25130 |
| New York, N.Y. 10022-4802 | Wilmington, DE 19899 |
| Phone: (212) 906-1200 | Phone: (302) 655-5000 |
| Fax: (212) 751-4864 | Fax:  (302) 658-6395 |
| **Counsel for Defendants Teva Pharmaceuticals USA** ||
| **and Teva Pharmaceuticals Industries Ltd** ||
| Daniel F. Attridge, P.C. (dattridge@kirkland.com) | Josy W. Ingersoll (jingersoll@ycst.com) |
| Edward C. Donovan (edonovan@kirkland.com) | John W. Shaw (jshaw@ycst.com) |
| Karen M. Robinson (krobinson@kirkland.com) | Adam W. Poff (apoff@ycst.com) |
| Corey J. Manley (cmanley@kirkland.com) | **Young Conaway Stargatt & Taylor LLP** |
| **Kirkland & Ellis LLP** | The Brandywine Building |
| 655 Fifteenth Street, N.W. - Suite 1200 | 1000 West St., 17th Floor |
| Washington, D.C. 20005-5793 | P.O. Box 391 |
| Phone: (202) 879-5000 | Wilmington, DE 19899-0391 |
| Fax: (202) 879-5200 | Phone: (302) 571-6600 |
| | Fax: (302) 571-1253 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to all parties on the attached service list, by the manner prescribed in said service list.

_Frederick L. Cottrell, III_

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware  19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

OF COUNSEL:

Alan H. Bernstein
Robert S. Silver
Mona Gupta
William J. Castillo
Caesar, Rivise, Bernstein,
Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA  19103
Telephone: (215) 567-2010
Facsimile: (215) 741-1142

Attorneys for Defendant,
Alphapharm Pty Ltd.

Dated:  October 12, 2005