IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALPHAPHARM PTY LTD., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 05-420 (KAJ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 26, 2005, copies of Alphapharm Pty Ltd.'s Second Set Of Interrogatories To Plaintiffs (No. 2) were served on counsel as indicated on the attached service list.

OF COUNSEL:

Alan H. Bernstein
Robert S. Silver
Mona Gupta
William J. Castillo
Caesar, Rivise, Bernstein,
Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103
Telephone: (215) 567-2010
Facsimile: (215) 741-1142

Dated: October 26, 2005

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Defendant,
Alphapharm Pty Ltd.

RLF1-2933273-1

## SERVICE LIST

| *Counsel for Plaintiffs Janssen Pharmceutica N.V., Janssen, L.P. and Synaptech, Inc.* ||
|---|---|
| ***By Federal Express and E-Mail*** | ***By Hand Delivery and E-Mail*** |
| George F. Pappas (gpappas@cov.com)<br>Roderick R. McKelvie (mckelvie@cov.com)<br>Christopher N. Sipes (csipes@cov.com)<br>Jeffrey B. Elikan (jelikan@cov.com)<br>Laura H. McNeill (lmcneill@cov.com)<br>**Covington & Burling**<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>Phone: (202) 662-6000<br>Fax: (202) 662-6291 | John G. Day (jday@ashby-geddes.com)<br>Steven J. Balick (sbalick@ashby-geddes.com)<br>**Ashby & Geddes**<br>222 Delaware Ave., 17 Fl.<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Phone: (302) 654-1888<br>Fax: (302) 654-2067 |

| *By E-Mail* ||
|---|---|
| *Counsel for Defendants Barr Laboratories, Inc and Barr Pharmaceuticals, Inc.* ||
| George C. Lombardi *(glombardi@winston.com)*<br>Taras A. Gracey *(tgracey@winston.com)*<br>Lynn M. Ulrich *(lulrich@winston.com)*<br>Brian L. Franklin *(bfranklin@winston.com)*<br>**Winston & Strawn LLP**<br>35 West Wacker Dr.<br>Chicago, IL 60601<br>Phone: (312) 558-5000<br>Fax: (312) 558-5700 | John C. Phillips, Jr. *(jcp@pgslaw.com)*<br>Brian E. Farnan *(bef@pgslaw.com)*<br>**Phillips, Goldman & Spence, P.A.**<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>Phone: (302) 655-4200<br>Fax: (302) 655-4210 |
| *Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd* ||
| Stuart D. Sender *(ssender@budd-lamer.com)*<br>**Budd Lamer, P.C.**<br>150 John F. Kennedy Parkway<br>Short Hills, New Jersey 07078-2703<br>Phone: (973) 315-4462<br>Fax: (973) 379-7734 | Richard Horwitz *(rhorwitz@potteranderson.com)*<br>**Potter Anderson & Corroon LLP**<br>1313 N. Market Street, Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Phone: (302) 984-6000<br>Fax: (302) 658-1192 |

| *By E-Mail* | |
|---|---|
| *Counsel for Defendants Mylan Pharmaceuticals Inc.* *and Mylan Laboratories Inc.* | |
| William A. Rakoczy *(wrakoczy@rmmslegal.com)* <br> Christine J. Siwik *(csiwik@rmmslegal.com)* <br> Amy D. Brody *(abrody@rmmslegal.com)* <br> **Rakoczy Molino Mazzochi Siwik LLP** <br> 6 W. Hubbard St., Suite 500 <br> Chicago, IL 60610 <br> Phone: (312) 527-2157 <br> Fax: (312) 222-6345 | Mary B. Matterer *(mmatterer@morrisjames.com)* <br> **Morris James Hitchens & Williams LLP** <br> 222 Delaware Ave., 10th Floor <br> P.O. Box 2306 <br> Wilmington, DE 19899-2306 <br> Phone: (302) 888-6800 <br> Fax: (302) 571-1750 |
| *Counsel for Defendants Pharmaceuticals, Inc.* *and Par Pharmaceutical Companies, Inc.* | |
| Barbara S. Wahl *(wahl.barbara@arentfox.com)* <br> Richard J. Beeman *(berman.richard@arentfox.com)* <br> D. Jacques Smith *(smith.jacques@arentfox.com)* <br> Janine A. Carlan *(carlan.janine@arentfox.com)* <br> John K. Hsu *(hsu.john@arentfox.com)* <br> **Arent Fox PLLC** <br> 1050 Connecticut Ave., N.W. <br> Washington, D.C. 20036-5339 <br> Phone: (202) 857-6000 <br> Fax: (202) 857-6359 | Philip A. Rovner *(provner@potteranderson.com)* <br> **Potter Anderson & Corroon LLP** <br> 1313 N. Market Street, Hercules Plaza, 6th Floor <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br> Phone: (302) 984-6000 <br> Fax: (302) 658-1192 |
| *Counsel Defendants Purepac Pharmaceutical Co.* *and Alpharma Inc.* | |
| Robert J. Gunther, Jr. *(robert.gunther@lw.com)* <br> James P. Barabas *(james.barabas@lw.com)* <br> **Latham & Watkins LLP** <br> 885 Third Ave., Suite 1000 <br> New York, N.Y. 10022-4802 <br> Phone: (212) 906-1200 <br> Fax: (212) 751-4864 | Richard D. Kirk *(rkirk@bayardfirm.com)* <br> **The Bayard Firm** <br> 222 Delaware Ave. - Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899 <br> Phone: (302) 655-5000 <br> Fax: (302) 658-6395 |
| *Counsel for Defendants Teva Pharmaceuticals USA* *and Teva Pharmaceuticals Industries Ltd* | |
| Daniel F. Attridge, P.C. *(dattridge@kirkland.com)* <br> Edward C. Donovan *(edonovan@kirkland.com)* <br> Karen M. Robinson *(krobinson@kirkland.com)* <br> Corey J. Manley *(cmanley@kirkland.com)* <br> **Kirkland & Ellis LLP** <br> 655 Fifteenth Street, N.W. - Suite 1200 <br> Washington, D.C. 20005-5793 <br> Phone: (202) 879-5000 <br> Fax: (202) 879-5200 | Josy W. Ingersoll *(jingersoll@ycst.com)* <br> John W. Shaw *(jshaw@ycst.com)* <br> Adam W. Poff *(apoff@ycst.com)* <br> **Young Conaway Stargatt & Taylor LLP** <br> The Brandywine Building <br> 1000 West St., 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899-0391 <br> Phone: (302) 571-6600 <br> Fax: (302) 571-1253 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to all parties, and I have served the parties as indicated on the attached service list.

| | |
|---|---|
| | /s/ |
| OF COUNSEL: | Frederick L. Cottrell, III (#2555) |
| Alan H. Bernstein | cottrell@rlf.com |
| Robert S. Silver | Anne Shea Gaza (#4093) |
| Mona Gupta | gaza@rlf.com |
| William J. Castillo | Richards, Layton & Finger, P.A. |
| Caesar, Rivise, Bernstein, | One Rodney Square |
| Cohen & Pokotilow, Ltd. | 920 N. King Street |
| 1635 Market Street, 12th Floor | Wilmington, Delaware 19801 |
| Philadelphia, PA 19103 | Telephone: (302) 651-7700 |
| Telephone: (215) 567-2010 | Facsimile: (302) 651-7701 |
| Facsimile: (215) 741-1142 | |
| | Attorneys for Defendant, |
| | Alphapharm Pty Ltd. |

Dated: October 26, 2005

## SERVICE LIST

| *Counsel for Plaintiffs Janssen Pharmceutica N.V., Janssen, L.P. and Synaptech, Inc.* ||
|---|---|
| ***By Federal Express and E-Mail*** | ***By Hand Delivery and E-Mail*** |
| George F. Pappas (gpappas@cov.com)<br>Roderick R. McKelvie (mckelvie@cov.com)<br>Christopher N. Sipes (csipes@cov.com)<br>Jeffrey B. Elikan (jelikan@cov.com)<br>Laura H. McNeill (lmcneill@cov.com)<br>**Covington & Burling**<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>Phone: (202) 662-6000<br>Fax: (202) 662-6291 | John G. Day (jday@ashby-geddes.com)<br>Steven J. Balick (sbalick@ashby-geddes.com)<br>**Ashby & Geddes**<br>222 Delaware Ave., 17 Fl.<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Phone: (302) 654-1888<br>Fax: (302) 654-2067 |

| *By E-Mail* ||
|---|---|
| *Counsel for Defendants Barr Laboratories, Inc and Barr Pharmaceuticals, Inc.* ||
| George C. Lombardi *(glombardi@winston.com)*<br>Taras A. Gracey *(tgracey@winston.com)*<br>Lynn M. Ulrich *(lulrich@winston.com)*<br>Brian L. Franklin *(bfranklin@winston.com)*<br>**Winston & Strawn LLP**<br>35 West Wacker Dr.<br>Chicago, IL 60601<br>Phone: (312) 558-5000<br>Fax: (312) 558-5700 | John C. Phillips, Jr. *(jcp@pgslaw.com)*<br>Brian E. Farnan *(bef@pgslaw.com)*<br>**Phillips, Goldman & Spence, P.A.**<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>Phone: (302) 655-4200<br>Fax: (302) 655-4210 |
| *Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd* ||
| Stuart D. Sender *(ssender@budd-lamer.com)*<br>**Budd Lamer, P.C.**<br>150 John F. Kennedy Parkway<br>Short Hills, New Jersey 07078-2703<br>Phone: (973) 315-4462<br>Fax: (973) 379-7734 | Richard Horwitz *(rhorwitz@potteranderson.com)*<br>**Potter Anderson & Corroon LLP**<br>1313 N. Market Street, Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Phone: (302) 984-6000<br>Fax: (302) 658-1192 |

RLF1-2933324-1

| *By E-Mail* ||
|---|---|
| *Counsel for Defendants Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.* ||
| William A. Rakoczy *(wrakoczy@rmmslegal.com)*<br>Christine J. Siwik *(csiwik@rmmslegal.com)*<br>Amy D. Brody *(abrody@rmmslegal.com)*<br>**Rakoczy Molino Mazzochi Siwik LLP**<br>6 W. Hubbard St., Suite 500<br>Chicago, IL 60610<br>Phone: (312) 527-2157<br>Fax: (312) 222-6345 | Mary B. Matterer *(mmatterer@morrisjames.com)*<br>**Morris James Hitchens & Williams LLP**<br>222 Delaware Ave., 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Phone: (302) 888-6800<br>Fax: (302) 571-1750 |
| *Counsel for Defendants Pharmaceuticals, Inc. and Par Pharmaceutical Companies, Inc.* ||
| Barbara S. Wahl *(wahl.barbara@arentfox.com)*<br>Richard J. Beeman *(berman.richard@arentfox.com)*<br>D. Jacques Smith *(smith.jacques@arentfox.com)*<br>Janine A. Carlan *(carlan.janine@arentfox.com)*<br>John K. Hsu *(hsu.john@arentfox.com)*<br>**Arent Fox PLLC**<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036-5339<br>Phone: (202) 857-6000<br>Fax: (202) 857-6359 | Philip A. Rovner *(provner@potteranderson.com)*<br>**Potter Anderson & Corroon LLP**<br>1313 N. Market Street, Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Phone: (302) 984-6000<br>Fax: (302) 658-1192 |
| *Counsel Defendants Purepac Pharmaceutical Co. and Alpharma Inc.* ||
| Robert J. Gunther, Jr. *(robert.gunther@lw.com)*<br>James P. Barabas *(james.barabas@lw.com)*<br>**Latham & Watkins LLP**<br>885 Third Ave., Suite 1000<br>New York, N.Y. 10022-4802<br>Phone: (212) 906-1200<br>Fax: (212) 751-4864 | Richard D. Kirk *(rkirk@bayardfirm.com)*<br>**The Bayard Firm**<br>222 Delaware Ave. - Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Phone: (302) 655-5000<br>Fax: (302) 658-6395 |
| *Counsel for Defendants Teva Pharmaceuticals USA and Teva Pharmaceuticals Industries Ltd* ||
| Daniel F. Attridge, P.C. *(dattridge@kirkland.com)*<br>Edward C. Donovan *(edonovan@kirkland.com)*<br>Karen M. Robinson *(krobinson@kirkland.com)*<br>Corey J. Manley *(cmanley@kirkland.com)*<br>**Kirkland & Ellis LLP**<br>655 Fifteenth Street, N.W. - Suite 1200<br>Washington, D.C. 20005-5793<br>Phone: (202) 879-5000<br>Fax: (202) 879-5200 | Josy W. Ingersoll *(jingersoll@ycst.com)*<br>John W. Shaw *(jshaw@ycst.com)*<br>Adam W. Poff *(apoff@ycst.com)*<br>**Young Conaway Stargatt & Taylor LLP**<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Phone: (302) 571-6600<br>Fax: (302) 571-1253 |

RLF1-2933324-1