IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 05-420 (KAJ) |
| v. | ) ) | |
| ALPHAPHARM PTY LTD., | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 26, 2005, copies of Alphapharm Pty Ltd.'s

Second Request For Production Of Documents To Plaintiffs (Nos. 6-7) were served on counsel

as indicated on the attached service list.

OF COUNSEL:
Alan H. Bernstein
Robert S. Silver
Mona Gupta
William J. Castillo
Caesar, Rivise, Bernstein,
Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103
Telephone: (215) 567-2010
Facsimile: (215) 741-1142

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Defendant,
Alphapharm Pty Ltd.

Dated:    October 26, 2005

## SERVICE LIST

| Counsel for Plaintiffs Janssen Pharmceutica N.V., Janssen, L.P. and Synaptech, Inc. | |
| --- | --- |
| **By Federal Express and E-Mail** | **By Hand Delivery and E-Mail** |
| George F. Pappas (gpappas@cov.com) <br> Roderick R. McKelvie (mckelvie@cov.com) <br> Christopher N. Sipes (csipes@cov.com) <br> Jeffrey B. Elikan (jelikan@cov.com) <br> Laura H. McNeill (lmcneill@cov.com) <br> **Covington & Burling** <br> 1201 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20004-2401 <br> Phone: (202) 662-6000 <br> Fax: (202) 662-6291 | John G. Day (jday@ashby-geddes.com) <br> Steven J. Balick (sbalick@ashby-geddes.com) <br> **Ashby & Geddes** <br> 222 Delaware Ave., 17 Fl. <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> Phone: (302) 654-1888 <br> Fax: (302) 654-2067 |

| *By E-Mail* | |
| --- | --- |
| **Counsel for Defendants Barr Laboratories, Inc and Barr Pharmaceuticals, Inc.** | |
| George C. Lombardi (glombardi@winston.com) <br> Taras A. Gracey (tgracey@winston.com) <br> Lynn M. Ulrich (lulrich@winston.com) <br> Brian L. Franklin (bfranklin@winston.com) <br> **Winston & Strawn LLP** <br> 35 West Wacker Dr. <br> Chicago, IL 60601 <br> Phone: (312) 558-5000 <br> Fax: (312) 558-5700 | John C. Phillips. Jr. (jcp@pgslaw.com) <br> Brian E. Farnan (bef@pgslaw.com) <br> **Phillips, Goldman & Spence, P.A.** <br> 1200 N. Broom St. <br> Wilmington, DE 19806 <br> Phone: (302) 655-4200 <br> Fax: (302) 655-4210 |
| **Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd** | |
| Stuart D. Sender (ssender@budd-lamer.com) <br> **Budd Lamer, P.C.** <br> 150 John F. Kennedy Parkway <br> Short Hills, New Jersey 07078-2703 <br> Phone: (973) 315-4462 <br> Fax: (973) 379-7734 | Richard Horwitz (rhorwitz@potteranderson.com) <br> **Potter Anderson & Corroon LLP** <br> 1313 N. Market Street, Hercules Plaza, 6th Floor <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br> Phone: (302) 984-6000 <br> Fax: (302) 658-1192 |

| *By E-Mail* | |
|---|---|
| *Counsel for Defendants Mylan Pharmaceuticals Inc.* *and Mylan Laboratories Inc.* | |
| William A. Rakoczy *(wrakoczy@rmmslegal.com)* Christine J. Siwik *(csiwik@rmmslegal.com)* Amy D. Brody *(abrody@rmmslegal.com)* **Rakoczy Molino Mazzochi Siwik LLP** 6 W. Hubbard St., Suite 500 Chicago, IL 60610 Phone: (312) 527-2157 Fax: (312) 222-6345 | Mary B. Matterer *(mmatterer@morrisjames.com)* **Morris James Hitchens & Williams LLP** 222 Delaware Ave., 10th Floor P.O. Box 2306 Wilmington, DE 19899-2306 Phone: (302) 888-6800 Fax: (302) 571-1750 |
| *Counsel for Defendants Pharmaceuticals, Inc.* *and Par Pharmaceutical Companies, Inc.* | |
| Barbara S. Wahl *(wahl.barbara@arentfox.com)* Richard J. Beeman *(berman.richard@arenifox.com)* D. Jacques Smith *(smith.jacques@arentfox.com)* Janine A. Carlan *(carlan.janine@arentfox.com)* John K. Hsu *(hsu.john@arentfox.com)* **Arent Fox PLLC** 1050 Connecticut Ave., N.W. Washington, D.C. 20036-5339 Phone: (202) 857-6000 Fax: (202) 857-6359 | Philip A. Rovner *(provner@potteranderson.com)* **Potter Anderson & Corroon** LLP 1313 N. Market Street, Hercules Plaza, 6th Floor P.O. Box 951 Wilmington, DE 19899-0951 Phone: (302) 984-6000 Fax: (302) 658-1192 |
| *Counsel Defendants Purepac Pharmaceutical Co.* *and Alpharma Inc.* | |
| Robert J. Gunther, Jr. *(robert.gunther@lw.com)* James P. Barabas *(james.barabas@lw.com)* **Latham & Watkins LLP** 885 Third Ave., Suite 1000 New York, N.Y. 10022-4802 Phone: (212) 906-1200 Fax: (212) 751-4864 | Richard D. Kirk *(rkirk@bayardfirm.com)* **The Bayard Firm** 222 Delaware Ave. - Suite 900 P.O. Box 25130 Wilmington, DE 19899 Phone: (302) 655-5000 Fax:  (302) 658-6395 |
| *Counsel for Defendants Teva Pharmaceuticals USA* *and Teva Pharmaceuticals Industries Ltd* | |
| Daniel F. Attridge, P.C. *(dattridge@kirkland.com)* Edward C. Donovan *(edonovan@kirkland.com)* Karen M. Robinson *(krobinson@kirkland.com)* Corey J. Manley *(cmanley@kirkland.com)* **Kirkland & Ellis LLP** 655 Fifteenth Street, N.W. - Suite 1200 Washington, D.C. 20005-5793 Phone: (202) 879-5000 Fax: (202) 879-5200 | Josy W. Ingersoll *(jingersoll@ycst.com)* John W. Shaw *(jshaw@ycst.com)* Adam W. Poff *(apoff@ycst.com)* **Young Conaway Stargatt & Taylor LLP** The Brandywine Building 1000 West St., 17th Floor P.O. Box 391 Wilmington, DE 19899-0391 Phone: (302) 571-6600 Fax: (302) 571-1253 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2005, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF which will send notification of such filing to

all parties, and I have served the parties as indicated on the attached service list.


OF COUNSEL:
Alan H. Bernstein
Robert S. Silver
Mona Gupta
William J. Castillo
Caesar, Rivise, Bernstein,
Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA  19103
Telephone: (215) 567-2010
Facsimile: (215) 741-1142

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware  19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Defendant,
Alphapharm Pty Ltd.


Dated:  October 26, 2005

**SERVICE LIST**

| *Counsel for Plaintiffs Janssen Pharmceutica N.V., Janssen, L.P. and Synaptech, Inc.* | |
|---|---|
| ***By Federal Express and E-Mail*** | ***By Hand Delivery and E-Mail*** |
| George F. Pappas (gpappas@cov.com)<br>Roderick R. McKelvie (mckelvie@cov.com)<br>Christopher N. Sipes (csipes@cov.com)<br>Jeffrey B. Elikan (jelikan@cov.com)<br>Laura H. McNeill (lmcneill@cov.com)<br>**Covington & Burling**<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>Phone: (202) 662-6000<br>Fax: (202) 662-6291 | John G. Day (jday@ashby-geddes.com)<br>Steven J. Balick (sbalick@ashby-geddes.com)<br>**Ashby & Geddes**<br>222 Delaware Ave., 17 Fl.<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Phone: (302) 654-1888<br>Fax: (302) 654-2067 |

| ***By E-Mail*** | |
|---|---|
| *Counsel for Defendants Barr Laboratories, Inc and Barr Pharmaceuticals, Inc.* | |
| George C. Lombardi *(glombardi@winston.com)*<br>Taras A. Gracey *(tgracey@winston.com)*<br>Lynn M. Ulrich *(lulrich@winston.com)*<br>Brian L. Franklin *(bfranklin@winston.com)*<br>**Winston & Strawn LLP**<br>35 West Wacker Dr.<br>Chicago, IL 60601<br>Phone: (312) 558-5000<br>Fax: (312) 558-5700 | John C. Phillips, Jr. *(jcp@pgslaw.com)*<br>Brian E. Farnan *(bef@pgslaw.com)*<br>**Phillips, Goldman & Spence, P.A.**<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>Phone: (302) 655-4200<br>Fax: (302) 655-4210 |
| *Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd* | |
| Stuart D. Sender *(ssender@budd-lamer.com)*<br>**Budd Lamer, P.C.**<br>150 John F. Kennedy Parkway<br>Short Hills, New Jersey 07078-2703<br>Phone: (973) 315-4462<br>Fax: (973) 379-7734 | Richard Horwitz *(rhorwitz@potteranderson.com)*<br>**Potter Anderson & Corroon LLP**<br>1313 N. Market Street, Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Phone: (302) 984-6000<br>Fax: (302) 658-1192 |

| By E-Mail | |
|---|---|
| **Counsel for Defendants Mylan Pharmaceuticals Inc.** **and Mylan Laboratories Inc.** | |
| William A. Rakoczy *(wrakoczy@rmmslegal.com)* <br> Christine J. Siwik *(csiwik@rmmslegal.com)* <br> Amy D. Brody *(abrody@rmmslegal.com)* <br> **Rakoczy Molino Mazzochi Siwik LLP** <br> 6 W. Hubbard St., Suite 500 <br> Chicago, IL 60610 <br> Phone: (312) 527-2157 <br> Fax: (312) 222-6345 | Mary B. Matterer *(mmatterer@morrisjames.com)* <br> **Morris James Hitchens & Williams LLP** <br> 222 Delaware Ave , 10th Floor <br> P.O. Box 2306 <br> Wilmington, DE 19899-2306 <br> Phone: (302) 888-6800 <br> Fax: (302) 571-1750 |
| **Counsel for Defendants Pharmaceuticals, Inc.** **and Par Pharmaceutical Companies, Inc.** | |
| Barbara S. Wahl *(wahl barbara@arentfox.com)* <br> Richard J. Beeman *(beeman richard@arentfox.com)* <br> D. Jacques Smith *(smith jacques@arentfox.com)* <br> Janine A. Carlan *(carlan.janine@arentfox.com)* <br> John K. Hsu *(hsu.john@arentfox.com)* <br> **Arent Fox PLLC** <br> 1050 Connecticut Ave., N.W. <br> Washington, D.C. 20036-5339 <br> Phone: (202) 857-6000 <br> Fax: (202) 857-6359 | Philip A. Rovner *(provner@potteranderson.com)* <br> **Potter Anderson & Corroon** LLP <br> 1313 N. Market Street, Hercules Plaza, 6th Floor <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br> Phone: (302) 984-6000 <br> Fax: (302) 658-1192 |
| **Counsel Defendants Purepac Pharmaceutical Co.** **and Alpharma Inc.** | |
| Robert J. Gunther, Jr. *(robert gunther@lw.com)* <br> James P. Barabas *(james barabas@lw.com)* <br> **Latham & Watkins LLP** <br> 885 Third Ave., Suite 1000 <br> New York, N.Y. 10022-4802 <br> Phone: (212) 906-1200 <br> Fax: (212) 751-4864 | Richard D Kirk *(rkirk@bayardfirm.com)* <br> **The Bayard Firm** <br> 222 Delaware Ave. - Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899 <br> Phone: (302) 655-5000 <br> Fax:  (302) 658-6395 |
| **Counsel for Defendants Teva Pharmaceuticals USA** **and Teva Pharmaceuticals Industries Ltd** | |
| Daniel F. Attridge, P.C. *(dattridge@kirkland.com)* <br> Edward C. Donovan *(edonovan@kirkland.com)* <br> Karen M. Robinson *(krobinson@kirkland.com)* <br> Corey J. Manley *(cmanley@kirkland.com)* <br> **Kirkland & Ellis LLP** <br> 655 Fifteenth Street, N.W. - Suite 1200 <br> Washington, D.C. 20005-5793 <br> Phone: (202) 879-5000 <br> Fax: (202) 879-5200 | Josy W. Ingersoll *(jingersoll@ycst.com)* <br> John W. Shaw *(jshaw@ycst.com)* <br> Adam W. Poff *(apoff@ycst.com)* <br> **Young Conaway Stargatt & Taylor LLP** <br> The Brandywine Building <br> 1000 West St., 17th Floor <br> P.O. Box 391 <br> Wilmington. DE 19899-0391 <br> Phone: (302) 571-6600 <br> Fax: (302) 571-1253 |